**IN THE UNITED STATES BANKRUPTCY COURT FOR THE
WESTERN DISTRICT OF OKLAHOMA**

| | | |
|---|---|---|
| IN RE:  Grant Loveless | ) | Case No. 13-10127 NLJ |
| | ) | Chapter 12 |
| Debtor. | ) | |

**DEBTOR'S COMBINED MOTION TO SELL REAL ESTATE
AND NOTICE OF DEADLINE FOR FILING OBJECTIONS**

**COMES NOW** Debtor, Grant Loveless, by and through his attorney of record, Joey D. Schmidt of Central Law Office, P.C., and presents to this Court the following facts:

Debtor hereby states that on January 15, 2013, he filed his Chapter 12 bankruptcy petition.  Subsequently the Chapter 12 Plan was confirmed on July 2, 2013.

Debtor seeks permission of the Court to sell a tract land in Grady county described herein as:

> The SE/4 of NW/4 of Section 4-6N-8 West of the Indian Meridian, Grady County, Oklahoma.  34.7 Acres MOL. Surface Rights Only.

Debtor represents that the purchase price is $55,520.00 as set forth in the "Real Estate Contract." See attached Contract.

Debtor requests the Court's permission to sell the property for the purchase price.  Further, the Debtor requests that the proceeds of the sale, namely $55,520.00 less cost of sale as approved by this court, be remitted to the Trustee for payments as described in the confirmed plan to Chickasha Bank & Trust (estimated $54,560 net cost of sale).  After payment of Trustee fees estimated to be $6,062.22, the balance of shall be paid on delinquent amount due to Chickasha Bank & Trust estimated at $9,005.88, the remainder shall be applied to the future payments due to Chickasha Bank & Trust (approximately $39,491.91).

That the proposed purchaser of the property is <u>Justin Moody.</u>

That the Debtor believes that a mortgage exists on the property in the name Chickasha Bank & Trust.  Debtor seeks the Court's authority to sell the property pursuant to the authority of 11 U.S.C. §1206 and subject to the special tax provisions of 11 U.S.C. §1222 (a)(2)(A).

Debtor proposes to close such sales any time after the Court enters its order granting this Motion subsequent to the 21 day period to object and to turn over the proceeds of the sale, less any costs of sale, including title examination fees, attorney fees, abstracting costs and any other costs, the remainder to be turned over to the Chickasha Bank & Trust to make the Plan payment and reduce the debt.

**NOTICE OF OPPORTUNITY FOR HEARING:**
Your rights may be affected. You should read this document carefully and consult your attorney about your rights and the effect of this document. If you do not want the Court to grant the requested relief, or you wish to have your views considered, you must

file a written response or objection to the requested relief with the Clerk of the United States Bankruptcy Court for the Western District of Oklahoma, 215 Dean A. McGee Avenue, Oklahoma City, OK 73102 no later than 21 days from the date of filing of this request for relief. You should also serve a file-stamped copy of your response or objection to the undersigned movant/movant's attorney [and others who are required to be served) and file a certificate of service with the Court. If no response or objection is timely filed, the Court may grant the requested relief without a hearing or further notice.

**The 21 day period includes the three (3) days allowed for mailing provided for in Bankruptcy Rule 9006(f).**

OBJECTIONS MUST BE FILED WITHIN TWENTY-ONE DAYS OF FILING.  Objections due on or before JANUARY 20, 2015.

WHEREFORE, Debtor respectfully requests that this Court allow him to sell the property.

/s/ Joey D. Schmidt
Joey D. Schmidt, OBA #11507
Central Law Office, P.C.
P.O. Box 720633
Norman, OK  73070
(405)329-5777 Fax:  (405)329-3841
ATTORNEY FOR DEBTORS

Approved by:

/s/ Grant Loveless   12/30/2014
Grant Loveless

**CERTIFICATE OF SERVICE**

I, Joey D. Schmidt, declare under penalty of perjury, the "<u>Motion to Sell</u>", was filed electronically and the following parties received the document through the Electronic Filing System:

Lonnie Eck, Chapter 12 Trustee
Deborah A. Moon on behalf of Attorney Chickasha Bank & Trust Co.
U.S. Trustee

This is to certify that a true copy of the "**<u>DEBTORS' MOTION TO SELL</u>**",   was sent first class postage paid mail to the following:

| | | |
|---|---|---|
| ACS Student Loan<br>Attn: Collections Department<br>PO Box 7051<br>Utica, NY  13504-7051 | Long Beach, CA  90801-5724<br><br>Deborrah K. Loveless<br>PO Box 285<br>Chickasha OK  73023-0285 | Internal Revenue Service<br>55 N Robinson<br>MS 5024 OKC<br>Oklahoma City OK  73102 |
| AGCO Finance LLC<br>PO Box 2000<br>Johnston IA  50131-0020 | Farm Service Agency<br>PO Box 710<br>Chickasha, OK  73023-0710 | JPMorgan Chase Bank NA<br>c/o Kivell, Rayment & Francis, PC<br>Attn:  Amy Collins or Michael George<br>7666 E. 61st Street, Ste 550<br>Tulsa, OK  74133-1199 |
| Apache Farmers Cooperative<br>c/o Seth A. Day<br>Hall, Estill, Hardwick, Gable, Golden & Nelson PC<br>100 N Broadway, Ste 2900<br>Oklahoma City OK  73102 | Farm Service Agency<br>Oklahoma State Office<br>100 USDA Ste 102<br>Stillwater, OK  74074 | Oklahoma Tax Commission<br>120 N Robinson Ave Ste 2000<br>Oklahoma City OK 73102-7471 |
| Capital One Bank (USA), N.A.<br>By American InfoSource LP as Agent<br>PO Box 71083<br>Charlotte, NC  28272-1083 | Grant Loveless<br>285 County Rd 1370<br>Chickasha OK  73018-8043<br><br>Internal Revenue Service<br>Chapter 12 Corresp<br>PO Box 7346<br>Philadephia, PA  19101-7346 | Sallie Mae Student Loan<br>PO Box 9500<br>Wilkes Barre, PA  18773-9500<br><br>USDA, Farm Service Agency<br>Attn:  Melissa Cook<br>PO Box 219<br>Pryor, OK  74362-0219 |
| College Loan Corporation<br>c/o Xerox<br>PO Box 22724 | | |

/s/  Joey D. Schmidt
Joey D. Schmidt, OBA #11507
Attorney for Debtors
Central Law Office, P.C.
P.O. Box 720633
Norman, OK  73070
(405) 329-5777 Fax  405-329-3841
centrallawoffice@att.net